DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELLIE WRIGHT,**
Appellant,

v.

**LUCIEN McDONALD,**
Appellee.

No. 4D17-2181

[April 19, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Michael Mirman, Judge; L.T. Case No. 14-1102 CA.

Salvatore DiGiacomo of Law Office of Frank DiGiacomo, Stuart, for appellant.

Kristian A. Bie of Law Office of Fetterman & Associates, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***